**90-147.** State v. Lanzy. *Cuyahoga County,* No. 55970. On motion for rehearing. Rehearing denied.

Moyer, C.J., and H. Brown, J., dissent.

**90-291.** State v. Durr. *Cuyahoga County,* No. 57140. On motion for rehearing and on motion for stay. Motions denied.

**91-24.** Drage v. Mantifel. *Cuyahoga County,* No. 57624. On motion for rehearing. Rehearing denied.

Douglas, J., dissents.

**91-153.** Mork v. Waltco Truck Equipment Co. *Summit County,* No. 14598. On motion for rehearing. Rehearing denied.

## MISCELLANEOUS DISMISSALS

**91-83.** State, ex rel. Bryant, v. Columbus. *Franklin County,* No. 90AP-46. Cause dismissed, on joint application to dismiss.

**91-786.** State v. Cunningham. *Pickaway County,* No. 89-CA-18. Cause dismissed, on appellant's application for dismissal.